United States District Court
Southern District of Texas
**ENTERED**
November 04, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

PETR [redacted]NCHENKO, §
§
Petitioner, §
§
v. § CIVIL ACTION NO. H-26-8075
§
WARDEN, et al., §
§
Respondents. §

**<u>FINAL JUDGMENT</u>**

In accordance with the court's Memorandum Opinion and Order granting Respondents' Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE.**

Costs will be taxed against the Petitioner.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 4th day of November, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE